

Signed and Filed: October 23, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707)544-5500 FAX(707)544-0475

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

**In re:**

DINA ERIKA SANTANA

Debtor(s)

Case No.: 19-30137 HLB
Chapter 13

<u>HEARING HELD</u>
Date: October 20, 2021
Time: 9:30 AM
VIA TELE/VIDEO CONFERENCE

## ORDER OF DISMISSAL

On July 20, 2021, DAVID BURCHARD, Chapter 13 Trustee, filed a Motion to Dismiss case.

The Court finds that notice of the motion upon Debtor(s) and counsel was proper.

After noticed hearing of said motion on October 20, 2021, and for the reasons stated on the record, the Court hereby grants the Trustee's Motion to Dismiss.

THEREFORE IT IS ORDERED that the Debtor(s)' proceedings herein be DISMISSED, and that any restraining orders heretofore issued be dissolved. The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the court.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

DINA ERIKA SANTANA
27 JENNINGS COURT
SAN FRANCISCO, CA 94124